# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

136768 & (43)(44)(45)(49)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 136768
                                      COA: 282365
DONYELLE FERDINAND WOODS,           Wayne CC: 03-011636-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion to allow supplemental argument is GRANTED. The application for leave to appeal the May 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to hold appeal in abeyance, motion for miscellaneous relief, and motion to remand are DENIED.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

s0316

_____
Clerk